# UNITED STATES BANKRUPTCY COURT
## Northern District of Iowa

In Re:  David R. Goodell and Janet L. Goodell

Debtor(s)

Case No.: 11−00431

Chapter:  7

# FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

**IT IS ORDERED THAT**

**Wesley B. Huisinga**

is discharged as trustee of the estate of the above−named debtor(s);

**IT IS FURTHER ORDERED THAT** the Chapter 7 case of the above−named debtor(s) is closed.

Dated: 6/22/11

Sean F. McAvoy
Bankruptcy Clerk